FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO GARCIA a/k/a Pablo Yonathan Garcia Solis, a/k/a Pablo Y. Garcia, a/k/a Pablo Garcia-Solis (1),<br><br>Defendant. | NO: 2:20-CR-82-RMP-1<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is the Government's Motion for Protective Order, ECF No. 47. Defendant Pablo Garcia has no objection to the motion. *Id.* Having reviewed the motion, the record, and relevant law, the Court is fully informed.

Defendant is charged with multiple drug-related offenses, including conspiracy to distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine, and distribution of 50 grams or more of actual (pure) methamphetamine. ECF No. 1. The Government submits that there are multiple sealed documents that need to be produced in discovery for this matter. ECF No.

ORDER GRANTING MOTION FOR PROTECTIVE ORDER~ 1

47 at 2. The Government therefore "requests that the Court issue a Protective Order relative to the dissemination of all discovery." *Id.* The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Protective Order, **ECF No. 47**, is **GRANTED**. The terms of the Protective Order are set forth below.

2. The Government will provide discovery materials on an on-going basis to defense counsel;

3. Discovery materials that contain the voice or image of a confidential source will be made available for defense counsel's review at the United States Attorney's Office. Until further Order of the Court, those materials may not be shown to the Defendant or left in the Defendant's custody;

4. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

5. Defense counsel may show to, and discuss with the Defendant, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

6. Defense counsel shall not provide original or copies of discovery materials to the Defendant;

ORDER GRANTING MOTION FOR PROTECTIVE ORDER~ 2

7. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

8. The Government, defense counsel, and witnesses may reference the existence and content of sealed/protective discovery material in open and closed court proceedings relevant to Case No. 2:20-CR-00082-RMP-1; provided, however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** August 18, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER~ 3